**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CARL VON BRADLEY, | Case No. 2:19-cv-00922-JAD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| MGM RESORTS, | |
| Defendant. | |

Nevada state-prison inmate Carl Von Bradley submitted initiating documents to the court on May 30, 2019, which include an application to proceed *in forma pauperis* (IFP) and a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.) He also filed a motion requesting that the court stay the filing fee. (ECF No. 2.)

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed IFP and attach (1) an inmate account statement for the past six months, and (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in plaintiff's inmate trust account at the institution. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.

Here, plaintiff's IFP application is incomplete because it does not include the financial certificate, which is on page four of the form application. Additionally, plaintiff did not submit an inmate account statement for the past six months. The court therefore will deny plaintiff's IFP application without prejudice. Plaintiff must properly complete his IFP application or pay the full filing fee for this action. If plaintiff chooses to file a IFP application, then he must file a complete application including all of the documents referenced in this Order. Given that the court does not have sufficient information to evaluate plaintiff's financial status, the court also will deny plaintiff's motion to stay the filing fee without prejudice.

IT IS THEREFORE ORDERED that plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court must send plaintiff a blank application to proceed *in forma pauperis* by an inmate as well as the accompanying instruction packet.

IT IS FURTHER ORDERED that by December 2, 2019, plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, or (2) pay the full $400 fee for filing a civil action, which includes the $350 filing fee and the $50 administrative fee.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that plaintiff's motion to stay the filing fee (ECF No. 2) is DENIED without prejudice.

DATED: October 30, 2019

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE