# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARL VON BRADLEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MGM RESORTS,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-00922-JAD-BNW<br><br>**REPORT AND RECOMMENDATION** |

　　　On October 30, 2019, the court entered an order requiring Plaintiff to file an application to proceed *in forma pauperis* or to pay the filing fee in this case. (Order (ECF No. 4).) Plaintiff's deadline for doing so was December 2, 2019. (*Id.*) Plaintiff was advised that failure to comply with the order would result in a recommendation that his case be dismissed. (*Id.* at 2.) Given that Plaintiff has not complied with the court's order or taken any action in this case since the court's order dated October 30, 2019, he appears to have abandoned this case.

　　　IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: December 5, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE