# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Carl Von Bradley,<br><br>                Plaintiff,<br><br>v.<br><br>MGM Resorts,<br><br>                Defendant. | Case No. 2:19-cv-00922-JAD-BNW<br><br>**REPORT AND RECOMMENDATION** |

    Plaintiff initiated this action in May of 2019. (ECF No. 1.) Recently, a notice of this Court (ECF No. 11) was returned as undeliverable. (ECF No. 12.) The filing indicated that Plaintiff is deceased. (ECF No. 12.) Plaintiff was housed at Northern Nevada Correctional Center. The Court reviewed the Nevada Department of Corrections' records, which show that Plaintiff died.

    IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed and this case closed.

## NOTICE

    This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

    DATED: October 5, 2020

                                                                BRENDA WEKSLER<br>
                                                                UNITED STATES MAGISTRATE JUDGE