UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Carl Von Bradley,

    Plaintiff

v.

MGM Resorts,

    Defendant

Case No.: 2:19-cv-0922-JAD-BNW

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 13]

When plaintiff Carl Von Bradley's mail from the court began to be returned to sender and with the designation "deceased," the magistrate judge entered a report and recommendation for this court to dismiss and close this action.[1] The deadline for any party to object to that recommendation was October 19, 2020, and no party filed anything. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 13] is ADOPTED** in its entirety. This action is DISMISSED, and the Clerk of Court is directed to CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
Dated: October 21, 2020

---

[1] ECF No. 13.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).